UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN JOSA & REBECCA QUINONES
           Plaintiff(s),

      -v-

CITY OF NY, et al

           Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

CV.  (RMB)
# DOCKET 08CV4494

Filed 8/20/08

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by __November 1, 2008__

(ii)    Amend the pleadings by __November 1, 2008__

(iii)    All discovery to be **expeditiously** completed by __March 1, 2009__ ~~April 1, 2009~~

(iv)    Consent to Proceed before Magistrate Judge __NO__

(v)    Status of settlement discussions __NONE__

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions

(vii)    Oral Argument

(viii)    Joint Pre-Trial Order to be submitted by

(ix)    Final Pre-Trial Conference

(x)    Trial

(xi)    Other __Conference on 9/23/08 @ 10:30 (Status of Criminal proceedings)__

SO ORDERED: New York, New York
8/20/08

RMB
Hon. Richard M. Berman, U.S.D.J.